UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA DE PENA, EXECUTRIX OF THE ESTATE OF MANUEL DE PENA )<br><br>*Plaintiff* )<br><br>v. )<br> )<br> )<br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-NY, LLC; AKHTAR & SONS, INC.; BSD TWO, INC.; and MANPREET SINGH )<br><br>*Defendants* ) | CIVIL DOCKET NO.<br>3:18-cv-02104-RNC |

**ANSWER, SPECIAL DEFENSES, AND JURY DEMAND OF
DEFENDANT UBER TECHNOLOGIES, INC.**

Defendant Uber Technologies, Inc. ("Uber") hereby makes this its Answer to Plaintiff Pamela De Pena's ("Plaintiff") Complaint ("Complaint"). Unless expressly answered herein, all allegations of the Complaint are denied.

**FIRST COUNT**

1.-25. The First Count is not directed to Uber and therefore does not require a response; however, in the event that this paragraph is read to apply to Uber, it is denied.

**SECOND COUNT**

1.-25. The Second Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

**THIRD COUNT**

1.-25. The Third Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

**FOURTH COUNT**

1.-29. The Third Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

**FIFTH COUNT**

1.-29. The Third Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

**SIXTH COUNT**

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

10. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

11. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

12. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

13. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

14. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

15. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

16. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

17. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

18. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

19. a.-i. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

20. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

21. a.-f. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

22. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

23. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

24. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

25. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

26. Admitted.

27. Denied.

28. Denied.

WHEREFORE, Uber says that Plaintiff's Complaint against it should be dismissed and that judgment enter for Uber, together with its costs.

**SEVENTH COUNT**

1. Admitted.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.

10. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

11. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

12. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

13. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

14. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

15. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

16. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

17. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

18. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

19. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

20. a.-i. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

21. a.-g. Denied.

22. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

23. a.-f. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

24. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

25. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

26. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

27. Uber is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

WHEREFORE, Uber says that Plaintiff's Complaint against it should be dismissed and that judgment enter for Uber, together with its costs.

**EIGHTH COUNT**

1.-28. The Third Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

**NINETH COUNT**

1.-28. The Third Count is not directed to Uber and therefore does not require a response; however, in the event that the paragraphs are read to apply to Uber, it is denied.

## **SPECIAL DEFENSES**

### FIRST SPECIAL DEFENSE

And further answering, Defendant states that Plaintiff's recovery, if any, must be diminished in accordance with the provisions of C.G.S. § 52-572h by the proportion of negligence which is attributable to the decedent Manuel De Pena ("Decedent"). Defendant says that Decedent was negligent and that his own negligence was the actual and proximate cause of any injuries, damages, or losses claimed, in one or more of the following:

a. Decedent failed to use the amount of care which was appropriate under the circumstances;

b. Decedent failed to make proper and reasonable use of his faculties and senses; and

c. Decedent failed to use reasonable care for his own safety commensurate with the existing circumstance and conditions.

### SECOND SPECIAL DEFENSE

And further answering, Defendant says that the decedent Manuel De Pena failed to take reasonable and prudent measures necessary and proper to mitigate whatever damages he might have sustained as a result of the acts or omissions complained of in Plaintiff's Complaint.

### **JURY DEMAND**

Defendant Uber Technologies, Inc. hereby requests a jury trial on all claims.

Respectfully submitted by,
Defendant
UBER TECHNOLOGIES, INC.
By its attorneys,

/s/ Lesley P. Chuang
_____
Kevin J. O'Leary, ct30271
Lesley P. Chuang, ct29468
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
lchuang@coughlinbetke.com

Dated: December 28, 2018

## CERTIFICATE OF SERVICE

I, Lesley P. Chuang, hereby certify that on this 28th day of December 2018, I served a copy of the within document upon all parties of record via the Court ECF system.

Mary Ann Connors, Esq.
Adelman Hirsch & Connors LLP
1000 Lafayette Boulevard
Bridgeport, CT 06604

Robert O. Hickey, Esq.
Ryan Ryan Deluca LLP
1000 Lafayette Blvd, Suite 800
Bridgeport, CT 06604

/s/ Lesley P. Chuang
_____
Lesley P. Chuang, Esq. (ct29468)