UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA DE PENA, EXECUTRIX OF THE ESTATE OF MANUEL DE PENA<br><br>*Plaintiff*<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-NY, LLC; AKHTAR & SONS, INC.; BSD TWO, INC.; and MANPREET SINGH<br><br>*Defendants* | CIVIL DOCKET NO.<br>3:18-cv-02104-RNC |

**DEFENDANT UBER TECHNOLOGIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Uber Technologies, Inc. ("Uber") states that it is a Delaware corporation. Uber has no parent corporation. No publicly-held corporation owns 10% or more of Uber's stock.

                    Respectfully submitted by,
                    Defendant
                    UBER TECHNOLOGIES, INC.,
                    By its attorneys,

                    /s/ Lesley P. Chuang
                    _____
                    Kevin J. O'Leary, ct30271
                    Lesley P. Chuang, ct29468
                    COUGHLIN BETKE LLP
                    175 Federal Street
                    Boston, MA 02110
                    (617) 988-8050
                    koleary@coughlinbetke.com
                    lchuang@coughlinbetke.com

Dated: December 28, 2018

## **CERTIFICATE OF SERVICE**

   I, Lesley P. Chuang, hereby certify that on this 28th day of December 2018, I served a copy of the within document upon all parties of record via the Court ECF system.

Mary Ann Connors, Esq.
Adelman Hirsch & Connors LLP
1000 Lafayette Boulevard
Bridgeport, CT 06604

Robert O. Hickey, Esq.
Ryan Ryan Deluca LLP
1000 Lafayette Blvd, Suite 800
Bridgeport, CT 06604

                /s/ Lesley P. Chuang
                _____
                Lesley P. Chuang, Esq. (ct29468)