UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA DE PENA, EXECUTRIX OF THE ESTATE OF MANUEL DE PENA )<br><br>*Plaintiff* )<br><br>v. )<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-NY, LLC; AKHTAR & SONS, INC.; BSD TWO, INC.; and MANPREET SINGH )<br><br>*Defendants* ) | CIVIL DOCKET NO.<br>3:18-cv-02104-RNC |

**DEFENDANT RASIER, LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Rasier, LLC ("Rasier") states that it is a Delaware limited liability company. Rasier's parent corporation is Uber Technologies, Inc. No publicly-held corporation owns 10% or more of Rasier's stock.

        Respectfully submitted by,
        Defendant
        RASIER, LLC,
        By its attorneys,

        /s/ Lesley P. Chuang
        _____
        Kevin J. O'Leary, ct30271
        Lesley P. Chuang, ct29468
        COUGHLIN BETKE LLP
        175 Federal Street
        Boston, MA 02110
        (617) 988-8050
        koleary@coughlinbetke.com
        lchuang@coughlinbetke.com

Dated: December 28, 2018

## CERTIFICATE OF SERVICE

      I, Lesley P. Chuang, hereby certify that on this 28th day of December 2018, I served a copy of the within document upon all parties of record via the Court ECF system.

Mary Ann Connors, Esq.
Adelman Hirsch & Connors LLP
1000 Lafayette Boulevard
Bridgeport, CT 06604

Robert O. Hickey, Esq.
Ryan Ryan Deluca LLP
1000 Lafayette Blvd, Suite 800
Bridgeport, CT 06604

                                                /s/ Lesley P. Chuang
                                                _____
                                                Lesley P. Chuang, Esq. (ct29468)